

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00598-CV

Sam Edward **DRAPER**,
Appellant

v.

Julie A. **MOGENIS**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 12724B
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

On November 4, 2015, appellee filed a motion to dismiss this appeal asserting: (1) appellants waived any error because the underlying judgment is an Agreed Decree; and (2) this court lacks jurisdiction to consider the appeal because the notice of appeal was untimely filed. Because we conclude the notice of appeal was timely filed, the portion of the motion requesting that the appeal be dismissed for lack of jurisdiction is DENIED. The portion of the motion asserting appellants waived any error is CARRIED WITH THE APPEAL, and the parties are encouraged to address this issue in their briefing.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

Keith E. Hottle
Clerk of Court